1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10   MICROSOFT CORPORATION,        )   1:07-cv-0938 AWI DLB
                                   )
11              Plaintiff,          )   ORDER ADOPTING FINDINGS AND
                                   )   RECOMMENDATION, GRANTING
12      v.                         )   MOTION FOR DEFAULT JUDGMENT,
                                   )   AND DIRECTING CLERK OF COURT
13                                 )   TO ENTER JUDGMENT
     MAX HASSAN,                   )
14                                 )   (Document #17)
                Defendant.          )
15   _____)

16

17        This is a civil action brought by Microsoft Corporation ("Microsoft") against Defendant

18   Max Hassan d/b/a Bakersfield Computer Specialist ("Defendant") for copyright and trademark

19   infringement.    When Defendant did not respond to the complaint, Microsoft filed a motion for

20   default judgment.    The motion was referred to United States Magistrate Judge Dennis L. Beck

21   pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.

22        On April 1, 2008, Magistrate Judge Dennis L. Beck filed Findings and Recommendation

23   that recommended the court grant Microsoft's motion for default judgment.    The Findings and

24   Recommendation was served on all parties who have appeared in this action with notice that any

25   objections were to be filed within thirty days.    No party has filed objections the Findings and

26   Recommendation.

27

28

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  Having reviewed the file, the court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Therefore, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation filed on April 1, 2008 is ADOPTED IN FULL;

2.    Microsoft's motion for default judgment in favor of Microsoft and against Defendant is GRANTED;

3.    Microsoft is AWARDED statutory damages in the total amount of $470,000;

4.    Microsoft is GRANTED injunctive relief in the form of a permanent injunction;

5.    Microsoft is AWARDED reasonable attorneys' fees in the amount of $4,987.35;

6.    Microsoft is AWARDED costs in the amount of $882.50; and

7.    The Clerk of the Court is DIRECTED to enter judgment in favor of Microsoft and close this action.

IT IS SO ORDERED.

**Dated:    May 12, 2008**                           _____/s/ Anthony W. Ishii_____
                                                                            UNITED STATES DISTRICT JUDGE

2